UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Timothy Mack

    v.                      Civil No. 10-cv-460-JD

Claremont Ford-Lincoln-Mercury, Inc.


O R D E R

The undersigned recuses himself from presiding over this case.  The case shall be assigned to another judge.

SO ORDERED.

                                      Joseph A. DiClerico, Jr.
                                      United States District Judge

Date:  December 7, 2010

cc:  Debra Weiss Ford, Esquire
     H. Jonathan Meyer, Esquire